UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAY LEE JONES,

                Plaintiff,

    -against-

MY TURTLE STORE, LLC,

                Defendant.

24-CV-9224 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's **December 5, 2024** Order, ECF No. 5, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **February 26, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 28, 2025**.

    SO ORDERED.

Dated: February 27, 2025
       New York, New York

                              ARUN SUBRAMANIAN
                              United States District Judge