

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

March 3, 2025

**Via CM/ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York

    Re:    **Jones v. My Turtle Store, LLC**
            **Case #: 1:24-cv-09224-AS**

Dear Judge Subramanian:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for March 4, 2025 be adjourned because Defendant My Turtle Store, LLC has not made an appearance or reached out to Plaintiff.

    Defendant has not yet been successfully served and Plaintiff therefore also requests that the deadline to complete service be extended an additional thirty (30) days. .

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                    Respectfully submitted,

                                    *s/ Rami M. Salim*
                                    Rami M. Salim, Esq.

cc:    All Counsel of Record via ECF

The upcoming conference is hereby canceled. The initial pretrial conference order, ECF No. 5, directed plaintiff to serve defendant within thirty days. That means service was supposed to be completed by January 5, 2024. Plaintiff never sought an extension of this deadline or communicated with the Court about any difficulties with service prior to missing this deadline. Moreover, plaintiff has provided no justification for its request to extend the service deadline in this letter. Plaintiffs must demonstrate good cause to extend the time for service, *see* Fed. R. Civ. P. 4(m), and "[g]ood cause . . . is evidenced only in exceptional circumstances, where the insufficiency of service results from circumstances beyond the plaintiff's control." *Shchegelskiy v. United States*, 2021 WL 735203, at *2 (S.D.N.Y. Feb. 24, 2021) (citation omitted). Accordingly, plaintiff is hereby ordered to show cause by March 10, 2025, why this case should not be dismissed for lack of service.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 7.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 4, 2025